**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CATHLEEN A. SIMOVIC | ) | |
| PLAINTIFF, | ) | |
| | ) | Civil Action No._____ |
| v. | ) | |
| | ) | |
| PORTFOLIO RECOVERY | ) | |
| ASSOCIATES, LLC. | ) | |
| | ) | |
| DEFENDANT. | ) | <u>Jury Demanded</u> |

**<u>NOTICE OF FILING</u>**

      Be advised that on November 18, 2010, I, M. Kris Kasalo, caused to be filed with the United States District Court for the Northern District of Illinois Eastern Division, via the Court's ECF System, **Plaintiff's Complaint** with Exhibits A-F**, Civil Cover Sheet,** and **Attorney Appearance.**


                                      By: <u>s/ Mario Kris Kasalo</u>
                                          Mario Kris Kasalo


**The Law Office of M. Kris Kasalo**
**"A Consumer Protection Law Firm"**
111 East Wacker Drive, Suite 555
Chicago, Illinois 60601
tele 773.847.2600
fax 773.847.0330
mkriskasalo@yahoo.com