AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Cathleen A. Simovic

V.

Portfolio Recovery Associates, LLC

CASE NUMBER: 10-cv-07459

ASSIGNED JUDGE: Milton I Shadur

DESIGNATED MAGISTRATE JUDGE: Morton Denlow

TO: (Name and address of Defendant)

Portfolio Recovery Associates, LLC
c/o National Registered Agents Inc.
200 W. Adams St.
Chicago, IL 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

M. Kris Kasalo
111 E. Wacker Dr., Ste. 555
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

MICHAEL W. DOBBINS, CLERK
(By) DEI

_Jacqueline Halleman_
(By) DEPUTY CLERK



DATE
November 22, 2010

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

Simovic v. PRA

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 11/30/10 10:55 am |
| NAME OF SERVER *(PRINT)* Rob Harrer | TITLE | Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served on Registered Agent: Courtney Hightower receptionist for National Registered Agents Inc. 200 W. Adams St. 20th Floor Chicago, IL 60606

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $125 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/30/10         Robert W Harrer
                Date                 Signature of Server

1800 W. Roscoe St. Chicago, IL 60657
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.